NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT


DEVIN GREGORY ROOP, DOC #C06445, )
)
        Appellant, )
)
v. )    Case No. 2D18-3602
)
STATE OF FLORIDA, )
)
        Appellee. )
                                  )

Opinion filed August 2, 2019.

Appeal pursuant to Fla. R. App. P.
9.141(b)(2) from the Circuit Court for Polk
County; Neil A. Roddenbery, Judge.

Devin Gregory Roop, pro se.


PER CURIAM.


        Affirmed.


SILBERMAN, KELLY, and ATKINSON, JJ., Concur.